617 A.2d 1213

JOHN MICHAEL JACOBER v. ST. PETER'S MEDICAL CENTER, AND STEVEN FELD, M.D.

October 7, 1992.

ORDER

Motion for reconsideration is granted; and it is further

ORDERED that because the trial court's rulings concerning admission of evidence under the learned-treatise doctrine did not affect plaintiffs' claims asserted against Dr. Feld, the Court's judgment does not affect the jury verdict in his favor; and it is further

ORDERED that the remand for a new trial does not include the claims against defendant Dr. Feld. *See*, 128 *N.J.* 475, 608 *A.*2d 304 (1992).